# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

AL and PO Corporation

                         Plaintiff,

v.                                             Case No.: 1:14−cv−05313
                                             Honorable Ronald A. Guzman

Mountain Discount Medical LLC

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 5, 2014:

      MINUTE entry before the Honorable Ronald A. Guzman: Pursuant to notice of voluntary dismissal [16], pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, it is hereby ordered that this case is dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to the class claims. Civil case terminated. Any pending motions or schedules are stricken as moot. Mailed notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.